UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>Gomez - Hernandez et al.<br><br>    Defendant(s) | CRIMINAL NO. 08 CR 2098-JAH<br>                   08 MJ 1794<br>           ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

**Adolfo Talamantes - Rucha**

DATED: 6/26/08

                                            Ruben B. Brooks
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
          DUSM

                                     W. SAMUEL HAMRICK, JR.  Clerk
                                              by
                                       V. Lee,  Deputy Clerk