KAREN P. HEWITT
United States Attorney
DOUGLAS KEEHN
Assistant U.S. Attorney
California State Bar No. 233686
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6549/
E-mail: Douglas.Keehn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2098-JAH |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LUIS GOMEZ-HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u> (If none, enter "None" below)

6            None

7            Please call me if you have any questions about this notice.

8        DATED: September 8, 2008

                                                Respectfully submitted,
9
                                                KAREN P. HEWITT
10                                              United States Attorney

11                                              s/Douglas Keehn
                                                _____
12                                              DOUGLAS KEEHN
                                                Assistant United States Attorney
13                                              Attorneys for Plaintiff
                                                United States of America
14                                              Email: Douglas.Keehn@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

    Notice of Appearance
28  United States v. Jose Luis Gomez-Hernandez  2                    08cr2098-JAH

|   |   |
|---|---|

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3     UNITED STATES OF AMERICA,                 )          Case No. 08cr2098-JAH
                                                )
4              Plaintiff,                       )
                                                )
5          v.                                   )
                                                )          CERTIFICATE OF SERVICE
6     JOSE LUIS GOMEZ-HERNANDEZ,             )
                                                )
7                                               )
               Defendant.                       )
8     _____  )

9     IT IS HEREBY CERTIFIED THAT:

10         I, DOUGLAS KEEHN, am a citizen of the United States and am at least eighteen years of age.
      My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11
           I am not a party to the above-entitled action.  I have caused service of Notice of Appearance on
12    the following parties by electronically filing the foregoing with the Clerk of the District Court using
      its ECF System, which electronically notifies them.
13

14         1.      Howard B. Frank
                   Hbfandjm@aol.com
           2.      Karen M. Stevens
15
                   kstevensesq@hotmail.com
16         3.      Reza Keramati

17                 rabrera@emlslaw.com

           I hereby certify that I have caused to be mailed the foregoing, by the United States Postal
18    Service, to the following non-ECF participants on this case:
           1.      N/A
19

20    the last known address, at which place there is delivery service of mail from the United States Postal
      Service.
21

22         I declare under penalty of perjury that the foregoing is true and correct.

23
           Executed on September 8, 2008.
24

25                                                       s/Douglas Keehn
                                                         DOUGLAS KEEHN
26

27
      Notice of Appearance
28    United States v. Jose Luis Gomez-Hernandez   3                        08cr2098-JAH